UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-CR-92 |
| V. | ) | (VARLAN/GUYTON) |
| | ) | |
| | ) | |
| MYRN KENYATA TURMAN | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared in custody before the undersigned on August 18, 2005, for an arraignment. Assistant United States Michael E. Winck was present representing the government. Allen E. Schwartz appeared as counsel for the defendant. The government moved for detention of the defendant at the initial appearance. Counsel for the defendant made an oral motion to continue the arraignment until August 23, 2005, to enable the defendant to retain Mr. Schwartz before proceeding to scheduling. An arraignment and detention hearing are scheduled to commence before the undersigned on **Tuesday, August 23, 2005,** at **12:00 p.m.** The defendant acknowledged and agreed that he would remain in detention. The defendant shall be held in custody by the United States Marshal until August 23, 2005, and produced for the above scheduled hearing.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge